# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154829(106)(107)

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                      SC: 154829
                                        COA: 324853
RAY JAMES FOSTER,                    Dickinson CC: 07-015064-DM
      Defendant/Counterplaintiff-
      Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's November 15, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



s0209

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018                        

                                          Clerk